UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN E. MINES, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL OBENLAND, <br><br> Defendant. | NO: 16-CV-0429-TOR (MKD) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION <br> TO DISMISS HABEAS PETITION |

BEFORE THE COURT is Petitioner John E. Mines, Jr.'s petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF Nos. 1; 7), Respondent Michael Obenland's Response (ECF No. 13), which the Court has construed as a motion to dismiss, and the parties' supplemental, post-stay briefing (ECF Nos. 26; 27; 28). Petitioner, a prisoner confined at the Monroe Correctional Complex, Monroe, WA, filed the Petition *pro se*, but is now represented by attorney Michael C. Kahrs.

ORDER ADOPTING REPORT AND RECOMMENDATION
TO DISMISS HABEAS PETITION ~ 1

The matter was submitted to the Honorable Magistrate Judge Mary K. Dimke, who issued a Report and Recommendation (ECF No. 29). The R&R recommended denying the habeas petition as barred by procedural default and allowed the parties to submit written objections by December 13, 2017. Petitioner filed an objection (ECF No. 31) reiterating previously made arguments (*e.g.* whether the state court properly denied review on procedural grounds) that fail to address the grounds upon which the R&R was decided (*i.e.* the procedural default doctrine). After reviewing all filings and liberally construing Petitioner's submissions in the light most favorable to him, the Court adopts the Report and Recommendation (ECF No. 29) and **DENIES** Petitioner's Writ.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** the Report and Recommendation (ECF No. 29) in full.
2. Petitioner John E. Mines, Jr.'s Petition for Writ of Habeas Corpus (ECF Nos. 1; 7) is **DENIED.**
3. A Certificate of Appealability is **DENIED**.
4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact. Petitioner's *in forma pauperis* status is hereby **REVOKED**.

1  The District Court Executive is directed to enter this Order and Judgment
2  accordingly, furnish copies to the parties, and **close** the file.
3     **DATED** December 15, 2017.



THOMAS O. RICE
Chief United States District Judge